UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-4242 SJO (FFM) | Date | March 3, 2010 |
|---|---|---|---|
| Title | MARCO HUDSON v. WARDEN, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court has reviewed its own files and records and notes that defendants failed to comply with the Court's January 28, 2010 Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge. Pursuant to that order, by February 17, 2010, defendants were required to file an answer to the remaining claims in the Second Amended Complaint. Defendants are ordered to show cause by April 2, 2010, why default should not be entered for failure to respond timely to the Second Amended Complaint.

|   |   : |   |
|---|---|---|
|   | Initials of Preparer | JM |